**IN THE UNITED STATES BANKRTUPCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Optimized Solutions, Inc., | ) | Case No. 21-07824 |
| | ) | |
| Debtor. | ) | |

**NOTICE OF AMENDMENT TO CLAIM NO. 2-1**

PLEASE TAKE NOTICE that JLC Global Consulting LLC hereby amends Claim No. 2-1 to provide that $13,650.00 is a priority claim under 11 U.S.C. §507(a)(4) and that $6,040 is a general unsecured claim not entitled to priority.

JLC GLOBAL CONSULTING LLC

By: *Jenifer Cureton*
Its Managing Partner

JLC GLOBAL CONSULTING LLC
3 Germay Drive, Unit 4
Mailbox 1126
Wilmington DE 19804
(215) 514 9198